STATE of Missouri, Respondent,

v.

Cortez COOPER, Appellant.

No. WD 33875.

Missouri Court of Appeals,
Western District.

Sept. 20, 1983.

**526**

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from convictions of first degree robbery and assault.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.